# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 6, 2018

### NO. 03-17-00763-CV

**City of Austin Firefighters' and Police Officers' Civil Service Commission; City of Austin Firefighters' and Police Officers' Civil Service Director; Chief Brian Manley; and the City of Austin, Appellants**

**v.**

**Kenneth Casady and Austin Police Association, Appellees**

---

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD REVERSED AND DISMISSED FOR WANT OF JURISDICTION IN PART; VACATED IN PART -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the interlocutory order signed by the trial court on October 30, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's interlocutory order denying appellants' plea to the jurisdiction, dismisses appellees' claims for lack of subject matter jurisdiction, and vacates the trial court's order granting appellees' application to compel arbitration. Appellees shall pay all costs relating to this appeal, both in this Court and the court below.